**Order entered September 12, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01068-CR

**DAEVEION DEMONTE MANGUM, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-45694-T**

## ORDER

Based on the Court's opinion of this date, we **DIRECT** the Clerk to issue the mandate in

these appeals **INSTANTER**.

/s/    ROBERT M. FILLMORE
        JUSTICE